## BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. RENALDI.

(Decided April 9, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

TILLMAN, BRADLEY & MORROW, for appellant. PERDUE & COX, and WILLARD DRAKE, for appellee.

Per curiam. Appeal dismissed by agreement.

## BUTLER v. HILL.

(Decided May 14, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

RUSHTON, WILLIAMS & CRENSHAW, for appellant. No counsel marked for appellee.

Per curiam. Appeal dismissed by agreement.

## CARNES v. THE STATE.

(Decided June 30, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

TRAWEEK & WINDHAM, for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

## CITY OF MONTGOMERY v. COUNTY OF MONTGOMERY.

(Decided June 30, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

W. A. GUNTER, for appellant. TYSON & ARRINGTON, for appellee.

MAYFIELD, J.—Affirmed on the authority of *City of Montgomery v. County of Montgomery*, 185 Ala. 281, 64 South. 588.

ANDERSON, C. J., McCLELLAN and GARDNER, JJ., concur.